# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA



FILED

NOV 3 0 2006

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>          vs.<br><br>VICTOR CORDOVA-MARTINEZ,<br><br>                          Defendant. | CASE NO. 06CR2240-LAB<br><br><br>**JUDGMENT OF DISMISSAL** |

        IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

_____  the Court has dismissed the case for unnecessary delay; or

_____  the Court has granted the motion of the Government for dismissal; or

_____  the Court has granted the motion of the defendant for a judgment of acquittal; or

_____  a jury has been waived, and the Court has found the defendant not guilty; or

_____  the jury has returned its verdict, finding the defendant not guilty;

__X__  of the offense(s) of:_ 21 USC 952 AND 960 _____

        IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 11/30/06

                              _____
                              JAN M. ADLER
                              UNITED STATES MAGISTRATE JUDGE


                              ENTERED ON _____